UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIELLE WARREN,<br><br>       Plaintiff,<br><br>  v.<br><br>ULTIMATE GROUP FITNESS, LLC, *et al.*,<br><br>       Defendants. | 19-CV-10315 (KMK)<br><br>CALENDAR NOTICE |

KENNETH M. KARAS, United States District Judge:

  Please take notice that the above captioned action has been scheduled for oral argument on the pending Motion to Amend the Complaint before the Honorable Kenneth M. Karas, United States District Judge, on Wednesday, May 26, 2021 at 2:00 p.m.

NOTICE OF TELECONFERENCE INFORMATION: The Court will hold all civil conferences, hearings, and/or oral arguments by telephone. Counsel shall call the following number at the designated time: Meeting Dial-In Number (USA toll-free): (888) 363-4749 Access Code: 7702195 Please enter the conference as a guest by pressing the pound sign(#). Given that much of the Court is operating remotely and has limited mail capability, counsel involved in any prose cases shall mail a copy of this Notice to or otherwise inform the prose party of the above teleconference information. Counsel in any pro se inmate cases shall ensure that the pro se party is on the line before calling the above-referenced number. Any requests for adjournments should be filed as soon as possible and clearly explain why the conference should be adjourned.

Dated: April 1, 2021
   White Plains, New York

                   SO ORDERED.

                   _____
                   KENNETH M. KARAS
                   United States District Judge