TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP — Women's Rights in the Workplace Advocacy

535 Fifth Avenue, 4th Floor
New York, NY 10017
212.766.9100

42 Catharine Street
Poughkeepsie, NY 12601
845.201.0200

**MEMO ENDORSED**

wsipser@womensrightsny.com
womensrightsny.com
fax: 212.766.4474

April 9, 2021

**By ECF**
Judge Kenneth M. Karas
United States District Judge
United States District Court
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

        *Re:* Danielle Warren v. Ultimate Fitness Group, LLC, *et al.*
        Case No: 19-cv-10315 (KMK)

Dear Judge Karas:

We are counsel to Plaintiff Danielle Warren in the above-referenced matter. In accordance with the Court's motion schedule, we are filing today Plaintiff's application and supporting papers to amend the complaint in the above-referenced matter. Pursuant to Magistrate Judge McCarthy's October 15, 2020 signed Stipulated Protective Order ("SPO") (Doc. 40), as the motion contains information and documents covered under the SPO, the motion papers are being filed under seal.

Alternatively, if necessary, in addition to the SPO, Plaintiff respectfully requests Court permission to file the motion papers under seal, as provided for under Section 6 of the Southern District of New York's Electronic Case Filing Rules & Instructions, with viewing access restricted to the Parties, including all attorneys appearing for the parties and court personnel.

Thank you for your consideration in this matter and please contact us if you have any questions.

Plaintiff is to publicly file a redacted version of the motion papers by 4/23/21.

Respectfully submitted,

So Ordered
/s/ Judge Karas
4/9/21

/s/ William J. Sipser

William J. Sipser (WS1781)

cc. George P. Barbatsuly, Esq.
   Attorney for the Florida Defendants (by ECF)
   Michael Billok, Esq., Bond, Schoeneck and King, PLLC
   Attorney for the New York Defendants (by ECF)