TUCKNER, SIPSER, WEINSTOCK & SIPSER, LLP

Women's Rights in the Workplace Advocacy

| | | |
|---|---|---|
| 535 Fifth Avenue, 4th Floor | 42 Catharine Street | jtuckner@womensrightsny.com |
| New York, NY 10017 | Poughkeepsie, NY 12601 | womensrightsny.com |
| **212.766.9100** | **845.201.0200** | fax: 212.766.4474 |

May 5, 2021

*By ECF*

Judge Kenneth M. Karas
United States District Judge
United States District Court
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601-4150

**MEMO ENDORSEMENT**

*Re:*  Danielle Warren v. Ultimate Fitness Group, LLC, *et al.*
Case No: 19-cv-10315 (KMK)

Dear Judge Karas:

On April 9, 2021 we filed a motion to amend the complaint (Doc. 64). Opposition papers to that motion were filed on April 23, 2021 and Plaintiff's Reply papers were filed on April 30, 2021. Plaintiff's motion is currently scheduled for oral argument on May 26, 2021 (see Doc. 59).

As Plaintiff's principal attorney who will argue the motion is scheduled for a serious and major surgical procedure on May 18, 2021, we respectfully request a brief adjournment of the oral argument until after June 9, in consideration of his anticipated convalescence. Defendants' counsel have consented, but one attorney has indicated that he is not available on Wednesday June 9, 2021. We therefore request to adjourn the oral argument until any day after June 9.

We thank our colleagues and this Court in advance for the consideration and courtesy.

The Court adjourns the May 26, 2021
Oral Argument and instead will hold Oral
Argument on June 22, 2021 at 11:00am.

Respectfully submitted,

/s/ Jack Tuckner

White Plains, NY
May 6, 2021

SO ORDERED

KENNETH M. KARAS U.S.D.J.

Jack Tuckner (JT 8898)

Cc. George P. Barbatsuly, Esq.
    Meghan Meade, Esq.
    Attorneys for the Florida Defendants (by ECF)
    Michael Billok, Esq.
    Eric O'Bryan, Esq.
    Attorneys for the New York Defendants (by ECF)